JOHN S. LEONARDO
United States Attorney
District of Arizona
SHELLEY K.G. CLEMENS
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: shelley.clemens@usdoj.gov
Attorneys for Plaintiff



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

CR13-1498 TUC CKJ(BPV)

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>Kurtis Anthony Byrom,<br><br>　　　　　　Defendant. | **I N D I C T M E N T**<br><br>Violations:<br>18 U.S.C. §§ 922(g)(1) and 924(a)(2)<br>(Possession of a Firearm by a Prohibited Possessor)<br>Count 1<br><br>18 U.S.C. §§ 922(j) and 924(a)(2)<br>(Possession of a Stolen Firearm)<br>Count 2<br><br>18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c)<br>(Forfeiture Allegation) |

**THE GRAND JURY CHARGES:**

### COUNT 1

On or about July 25, 2013, at or near Sierra Vista, in the District of Arizona, KURTIS ANTHONY BYROM, having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, that is, Aggravated Assault on May 28, 2010, in Cochise County Superior Court, Case No 201000368; did knowingly possess a firearm; that is, one (1) Taurus, Model PT 145 Pro, .45 ACP caliber pistol, bearing serial number NFP72035, said firearm, not being manufactured in Arizona thus affecting commerce in that it was previously transported into the state of Arizona from another

state or foreign country; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

### COUNT 2

On or about July 25, 2013, at or near Sierra Vista, in the District of Arizona, KURTIS ANTHONY BYROM, did knowingly possess a firearm that he knew to be stolen, or had reasonable cause to believe was stolen, that is, one (1) Taurus, Model PT 145 Pro, .45 ACP caliber pistol, bearing serial number NFP72035; said firearm not being manufactured in Arizona thus affecting commerce in that it was previously transported into the state of Arizona from another state or foreign country; in violation of Title 18, United States Code, Sections 922(j) and 924(a)(2).

### FORFEITURE ALLEGATION

Upon conviction of one or more of the offenses alleged in Counts 1 and 2 of this Indictment, KURTIS ANTHONY BYROM, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission of the offense, including, but not limited to one (1) Taurus, Model PT 145 Pro, .45 ACP caliber pistol, bearing serial number NFP72035.

All pursuant to Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461(c) and Rule 32.2(a), Federal Rules of Criminal Procedure.

A TRUE BILL

/s/

_____
Presiding Juror

JOHN S. LEONARDO
United States Attorney
District of Arizona

/s/

AUG 28 2013

REDACTED FOR PUBLIC DISCLOSURE

Assistant U.S. Attorney

*United States of America v. Kurtis Anthony Byrom*
*Indictment Page 2 of 2*