AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Arizona

United States of America
v.
KURTIS ANTHONY BYROM

Case No. CR13-1498-TUC-CKJ(BPV)

*Defendant*

FILED ___ LODGED
RECEIVED ___ COPY

9/3/2013

SEP - 3 2013

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   KURTIS ANTHONY BYROM,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
Possession of a Firearm by a Prohibited Possessor; Possession of a Stolen Firearm; Forfeiture Allegation

Date:  08/29/2013

*Issuing officer's signature*

City and state:   TUCSON, ARIZONA

BRIAN D. KARTH, CLERK
*Printed name and title*

### Return

This warrant was received on *(date)* 8-30-13, and the person was arrested on *(date)* 9-2-13
at *(city and state)* Sierra Vista, AZ.

Date: 9-3-13

*Arresting officer's signature*

Heather Cox-McClain S/A
*Printed name and title*