**UNITED STATES DISTRICT COURT**                    **MAGISTRATE JUDGE'S MINUTES**
**DISTRICT OF ARIZONA - TUCSON**

DATE: 9/3/2013      CASE NUMBER: CR 13-01498-TUC-CKJ(BPV)

USA vs. Kurtis Anthony Byrom

U.S. MAGISTRATE JUDGE: D. THOMAS FERRARO    Judge #: 70BU

U.S. Attorney Shelley K. Clemens (assigned)      INTERPRETER REQ'D N/A

Attorney for Defendant David Tiers (CJA)

INITIAL APP: ☒ HELD    DEFENDANT: ☒ PRESENT ☐ NOT PRESENT ☐ RELEASED ☒ CUSTODY

☒ Indictment Filed ☒ DOA 9/2/2013     ☐ Warrant Other District     ☒ Financial Afdvt taken
                                         ☐ Warrant Phx Div.            ☐ No Financial Afdvt taken
                                         ☒ Counsel waives reading of the Indictment
                                         ☐ ORDER Indictment/Complaint unsealed

☒ Defendant states true name to be SAME.
    Further proceedings Ordered in defendant's true name.

☐ Government's motion for detention and request for a continuance of the Detention Hearing pursuant to 18§3142(e) & (f) is ☐ Granted ☐ Denied

☐ Defendant shall be temporarily detained in the custody of the United States Marshal pursuant to ☐ 18§ 3142(f) ☐ 18§ 3142(d)

PSA recommends detention ; Gov't ☒ concurs ☐ objects

GOVERNMENT recommends _____

☒ Court accepts recommendation by Government

Bail set at $ _____

☐ Defendant signed Order Setting Conditions of Release and released on _____

| **DETENTION HEARING**: ☒ Held ☐ Cont'd ☐ UA | **PRELIMINARY HEARING**: ☐ Held ☐ Waived<br>Set for:<br>before: |
|---|---|
| Gov't's request for detention ☒ Granted ☐ Denied | ☐ Probable cause found ☐ Held to answer before Dist. Court |
| ☒ Defendant Ordered detained pending trial<br>☐ Gov't withdraws request to detain defendant | ☐ PRELIMINARY HEARING telephonically waived and DEEMED Waived, VACATE hearing set for |

**ARRAIGNMENT**    Set for 9/5/2013 at 10:30 AM      before: **MAGISTRATE JUDGE FERRARO**

OTHER: David Tiers (CJA) is appointed counsel of record.

                                                              Recorded by Courtsmart       IA/DH: 0
                                                              BY: Rose Chavez
                                                              Deputy Clerk

                                                                                                               Start time: 2:25
                                                                                                               Stop time: 3:42