1

# DAVID P. TIERS

2

ATTORNEY AT LAW
35 EAST UNIVERSITY BLVD.
TUCSON, ARIZONA 85705

3

TELEPHONE: (520) 623-4274
FACSIMILE: (520) 792-9441
dptiers@mindspring.com

4

STATE BAR NO. 3968
PCC NO. 64537

5

ATTORNEY FOR DEFENDANT

6

7

## UNITED STATES DISTRICT COURT

8

## DISTRICT OF ARIZONA

9

UNITED STATES OF AMERICA,

10

NO.  CR-13-1498-TUC-CKJ-BPV

11

Plaintiff,

**NOTICE OF CHANGE OF  PLEA**

12

vs.

**HEARING**

13

KURTIS ANTHONY BYROM,

(In Custody)

14

15

Defendant.

16

17     PLEASE TAKE NOTICE that a Change of Plea Hearing for defendant

18 KURTIS ANTHONY BYROM, will be heard on Thursday, November 21, 2013

19 at the hour of 9:50 a.m., before the Honorable Bernardo P. Velasco, at the United

20 States District Court, 405 West Congress Street, Tucson, Arizona.

21     DATED this 14th day of November, 2013.

22

23

S/ David P. Tiers

24

DAVID P. TIERS
Attorney for Defendant Byrom

25

26

27

28