FILED ___ LODGED
RECEIVED ___ COPY

NOV 2 1 2013

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
for the
District of Arizona

United States of America

*Plaintiff,*

vs.

Kurtis Anthony Byrom
*Defendant.*

) CR 13-1498-CKJ(BPV)
)
) **CONSENT OF DEFENDANT**
) **AND**
) **ORDER OF REFERRAL**

## ORDER OF REFERRAL

Defendant _____Kurtis Anthony Byrom_____ having requested permission to enter a plea of guilty, and having consented to go forward with that plea of guilty before a United States Magistrate Judge, the Court refers the matter to Magistrate Judge _____Velasco_____ to administer the allocution pursuant to Rule 11, Fed. R. Crim. P., and to make findings as follows:

(A) whether Defendant (1) is competent to enter into a plea; (2) knowingly and voluntarily wishes to enter a plea to the charge(s); (3) understands the charge(s); (4) whether there exists a factual basis for the charges; and a recommendation as follows:

(B) whether the plea of guilty should be accepted by the District Court.

**SO ORDERED:**

_____
Cindy K. Jorgenson
United States District Judge

## CONSENT OF DEFENDANT

After full consultation with counsel, I voluntarily consent to go forward with my plea of guilty before the United States Magistrate Judge.

I consent to the above referral

_____
Defendant

_____
Counsel for Defendant

_____
Assistant U.S. Attorney

DATED this ___21st___ day of _____November_____, 2013