JOHN S. LEONARDO
United States Attorney
District of Arizona
SHELLEY K.G. CLEMENS
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: shelley.clemens@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>vs.<br><br>KURTIS ANTHONY BYROM,<br><br>    Defendant. | CR 13-1498-TUC-CKJ<br><br>Government's Motion for 2 Level Downward Departure Pursuant to §5K3.1 |

Now comes the United States of America, by and through its undersigned attorneys, and hereby moves this court for downward departure pursuant to §5K3.1. The defendant was indicted on August 28, 2013 on charges of Felon in Possession of a Firearm and Possession of a Stolen Firearm. He entered a plea of guilty on November 21, 2013, to the charge of Felon in Possession of a Firearm.

The plea agreement calls for a sentencing range of 27-33 months, based on the defendant's criminal history category. A two level downward departure is needed to reach the plea agreement ranges.

The government would not normally agree to fast track for firearms charges. However, in this case, the government feels it is appropriate. The defendant entered his plea a little over two months after indictment. No government resources were expended preparing this case for trial. The defendant was cooperative with law enforcement, and there is no evidence to support that he sought to obtain a firearm to use in other crimes.

Respectfully submitted this 21st day of January, 2014.

JOHN S. LEONARDO
United States Attorney
District of Arizona

*s/Shelley K.G. Clemens*

SHELLEY K.G. CLEMENS
Assistant U.S. Attorney

Copy of the foregoing served electronically or by other means this 21st day of January, 2014, to:

David Tiers, Esq.
Attorney for the Defendant