**DAVID P. TIERS**
ATTORNEY AT LAW
POST OFFICE BOX 65763
TUCSON, ARIZONA 85728
TELEPHONE: (520) 730-2721
dptiers@mindspring.com

STATE BAR NO. 3968
PCC NO. 64537
ATTORNEY FOR DEFENDANT

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KURTIS ANTHONY BYROM,<br><br>Defendant. | NO. CR-13-01498-TUC-CKJ(BPV)<br><br>**NOTICE OF CHANGE OF ADDRESS** |

PLEASE TAKE NOTICE of the change of address of the defendant's counsel.

Effective January 1, 2014, counsel's address is as follows:

    David P. Tiers
    Attorney at Law
    P. O. Box 65763
    Tucson, AZ 85728

    Telephone: (520) 730-2721

    DATED this 1st day of March, 2014.

                                      S/ David P. Tiers
                                      DAVID P. TIERS
                                      Attorney for Defendant Byrom